UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| RAUL GARCIA,<br><br>                      Petitioner,<br>    v.<br>TIM GARRETT, et al.,<br><br>                      Respondents. | Case No. 3:22-cv-00332-ART-CSD<br><br>ORDER |

Petitioner moves for a 60-day extension of time (ECF No. 9) to file his first amended petition for writ of habeas corpus. The Court finds the request is made in good faith and not solely for the purpose of delay, and therefore good cause exists to grant the motion.

It is therefore ordered that Petitioner's first motion for enlargement of time (ECF No. 9) is granted. Petitioner has until April 10, 2023, to file his first amended petition for writ of habeas corpus.

DATED THIS 15th day of February 2023.

ANNE R. TRAUM
UNITED STATES DISTRICT JUDGE