UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

RAUL GARCIA,

                Petitioner,

v.

TIM GARRETT, et al.,

                Respondents.

Case No. 3:22-cv-00332-ART-CSD

ORDER

      Petitioner moves for a 60-day extension of time (ECF No. 13) to file his first amended petition for writ of habeas corpus. The Court finds the request is made in good faith and not solely for the purpose of delay, and therefore good cause exists to grant the motion.

      It is therefore ordered that Petitioner's third unopposed motion for enlargement of time (ECF No. 13) is granted. Petitioner has until August 8, 2023, to file his first amended petition for writ of habeas corpus.

      DATED THIS 14th day of June 2023.

_____
ANNE R. TRAUM
UNITED STATES DISTRICT JUDGE

1