UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| RAUL GARCIA, | Case No. 3:22-cv-00332-ART-CSD |
| Petitioner, | ORDER |
| v. | |
| TIM GARRETT, et al., | |
| Respondents. | |

Petitioner moves for a 59-day extension of time (ECF No. 15) to file his first amended petition for writ of habeas corpus. The Court finds the request is made in good faith and not solely for the purpose of delay, and therefore good cause exists to grant the motion.

It is therefore ordered that Petitioner's fourth unopposed motion for enlargement of time (ECF No. 15) is granted. Petitioner has until October 6, 2023, to file his first amended petition for writ of habeas corpus.

DATED THIS 15th day of August 2023.

_____
ANNE R. TRAUM
UNITED STATES DISTRICT JUDGE