UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| RAUL GARCIA,<br><br>　　　　　　　　Petitioner,<br>　v.<br>TIM GARRETT, et al.,<br><br>　　　　　　　　Respondents. | Case No. 3:22-cv-00332-ART-CSD<br><br>ORDER |

Respondents move for a 62-day extension of time (ECF No. 18) to file their response to the first amended petition for writ of habeas corpus. The Court finds the request is made in good faith and not solely for the purpose of delay, and therefore good cause exists to grant the motion.

It is therefore ordered that Respondents' first unopposed motion for enlargement of time (ECF No. 18) is granted. Respondents have until February 5, 2024, to file their response to the first amended petition for writ of habeas corpus.

DATED THIS 12th day of January 2024.

_____
ANNE R. TRAUM
UNITED STATES DISTRICT JUDGE

1